JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD ALLEN,** | ) Case No.: CV 17-1934-DMG (SSx) |
| Plaintiff, | ) **ORDER RE DISMISSAL OF** |
| vs. | ) **ACTION [15]** |
| **CAPITAL ONE BANK USA, N.A.**, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation, the above-captioned action is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties shall bear their own costs and attorneys' fees.  All scheduled dates and deadlines are VACATED.

DATED: August 15, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE